# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| TANNER BAINE SAYRE | ) | 1:23-mj- 00039-CL |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 9, 2023 in the county of Josephine in the
District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm or Ammunition |

This criminal complaint is based on these facts:

Please see attached affidavit of ATF Special Agent Samuel Suyehira

☑ Continued on the attached sheet.

S/Samuel Suyehira
*Complainant's signature*

Samuel Suyehira, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/9/23

For
*Judge's signature*

City and state: Eugene, Oregon

Mustafa T. Kasubhai, U.S. Magistrate Judge
*Printed name and title*